TREG R. TAYLOR
ATTORNEY GENERAL

Jessica M. Alloway
Kimberly D. Rodgers
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 269-3697
Email:  jessie.alloway@alaska.gov
         kimber.rodgers@alaska.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Doug Smith, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Anne Helzer, in her official capacity as chair of the Alaska Public Offices Commission, *et al.*, <br><br> Defendants, <br><br> and <br><br> Alaskans for Better Elections, Inc. <br><br> Intervenor-Defendant. | Case No.: 3:22-cv-00077-SLG <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND** |

The defendants, the chair and the members of the Alaska Public Offices Commission in their official capacities, request a 10-day extension of time to respond to the complaint. The plaintiffs completed service on April 15, 2022. Accordingly, a

responsive pleading is due on May 6, 2022. The defendants request an extension until May 16, 2022—the same day their opposition to the plaintiffs' motion for preliminary injunction is due—to file a responsive pleading.[1] The plaintiffs and the intervenor-defendant do not oppose this request.

DATED: May 6, 2022.

> TREG R. TAYLOR
> ATTORNEY GENERAL
>
> By:   /s/Jessie M. Alloway
>        Jessica M. Alloway (Alaska Bar No. 1205045)
>        Kimber D. Rodgers (Alaska Bar No. 0605024)
>        Assistant Attorneys General
>        Office of the Attorney General
>        Opinions, Appeals & Ethics Section
>        Department of Law
>        1031 West Fourth Avenue, Ste. 200
>        Anchorage, AK 99501
>        jessie.alloway@alaska.gov
>        kimber.rodgers@alaska.gov
>        Phone: (907) 269-6612
>        Facsimile: (907) 269-3697

---

[1] In their motion to set a briefing schedule, the plaintiffs mistakenly indicated that oppositions to the motion for preliminary injunction would be due on May 15, 2022, which the Court then adopted in its order. May 15 is on a Sunday and the defendants therefore clarify that any opposition will be due on May 16, the day the parties actually intended.

Certificate of Service

I certify that on May 6, 2022 the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND was served electronically on:

| | |
|---|---|
| Craig Richards<br>Law Offices of Craig Richards<br>Anchorage, AK 99501 | Scott Kendall<br>Cashion Gilmore & Lindemuth<br>Anchorage, AK 99501 |
| Daniel R. Suhr<br>Liberty Justice Center<br>Chicago, IL 60603 | Samuel Gottstein<br>Cashion Gilmore & Lindemuth<br>Anchorage, AK 99501 |
| Reilly Stephens<br>Liberty Justice Center<br>Chicago, Illinois 60603 | |

*/s/Jessie M. Alloway*
Jessica M. Alloway, Assistant Attorney General