Craig W. Richards (AK No. 0205017)
Law Offices of Craig Richards
810 N. Street, Suite 100
Anchorage, Alaska 99501
Email: crichards@alaskaprofessionalservices.com

Daniel R. Suhr (WI No. 1056658)
Liberty Justice Center
440 N. Wells St., Suite 200
Chicago, Illinois 60654
Ph.: 312-263-7668
Email: dsuhr@libertyjusticecenter.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Smith** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Helzer** et al., <br><br> Defendants. | Case No. 3:22-cv-00077-SLG <br><br> NOTICE OF APPEAL: PRELIMINARY INJUNCTION APPEAL |

Notice is hereby given that Plaintiffs Doug Smith, et al., appeal to the United States Court of Appeals for the Ninth Circuit the Order denying their motion for a preliminary injunction entered by this Court on July 14, 2022 (Docket 48). Plaintiffs draw the Court's attention to Circuit Rule 3-3(a) regarding docketing of such notices.

Dated: July 21, 2022

Daniel R. Suhr (WI No. 1056658)*
Liberty Justice Center
Email: dsuhr@libertyjusticecenter.org

*Counsel for Plaintiffs*

* *pro hac vice*

/s/ Craig W. Richards
Craig W. Richards (AK No. 0205017)
Law Offices of Craig Richards
810 N. Street, Suite 100
Anchorage, Alaska 99501
Email: crichards@
alaskaprofessionalservices.com