Craig W. Richards (AK No. 0205017)
Law Offices of Craig Richards
810 N. Street, Suite 100
Anchorage, Alaska 99501
Email: crichards@alaskaprofessionalservices.com

Daniel R. Suhr (WI No. 1056658)
Liberty Justice Center
440 N. Wells St., Suite 200
Chicago, Illinois 60654
Ph.: 312-263-7668
Email: dsuhr@libertyjusticecenter.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Smith** et al., | |
| Plaintiffs, | Case No. 3:22-cv-00077-SLG |
| v. | |
| **Helzer** et al., | NOTICE OF APPEAL: PRELIMINARY INJUNCTION APPEAL |
| Defendants. | |

Notice is hereby given that Plaintiffs Doug Smith, et al., appeal to the United States Court of Appeals for the Ninth Circuit the Order denying their motion for a preliminary injunction entered by this Court on July 14, 2022 (Docket 48). Plaintiffs draw the Court's attention to Circuit Rule 3-3(a) regarding docketing of such notices.

Dated: July 21, 2022[1]

| | |
|---|---|
| Daniel R. Suhr (WI No. 1056658)* <br> Liberty Justice Center <br> Email: dsuhr@libertyjusticecenter.org <br><br> *Counsel for Plaintiffs* <br><br> \* *pro hac vice* | /s/ Craig W. Richards <br> Craig W. Richards (AK No. 0205017) <br> Law Offices of Craig Richards <br> 810 N. Street, Suite 100 <br> Anchorage, Alaska 99501 <br> Email: crichards@ <br> alaskaprofessionalservices.com |

---

[1] Plaintiffs originally filed this Notice on July 21, 2022, at Docket 49 but are refiling on August 2, 2022, at Docket 52 to reflect the correct ECF event.