FILED

AUG 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOUG SMITH; ROBERT GRIFFIN; ALLEN VEZEY; ALBERT HAYNES; TREVOR SHAW; FAMILIES OF THE LAST FRONTIER; ALASKA FREE MARKET COALITION, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ANNE HELZER, in her official capacity as chair of the Alaska Public Offices Commission; LANETTE BLODGETT; RICHARD STILLIE, Jr.; SUZANNE HANCOCK; DAN LASOTA, official capacities as members of the Alaska Public Offices Commissions, <br><br> Defendants-Appellees, <br><br> ALASKANS FOR BETTER ELECTIONS, INC., <br><br> Intervenor-Defendant-Appellee. | No. 22-35612 <br><br> D.C. No. 3:22-cv-00077-SLG District of Alaska, Anchorage <br><br> ORDER |

Before: MURGUIA, Chief Judge, and FORREST and SUNG, Circuit Judges.

This matter is stayed pending resolution of the petition for rehearing en banc in *No on E v. Chiu*, No. 22-15824.