IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DOUG SMITH, *et al.*,

    Plaintiffs,

v.

ANNE HELZER, *et al.*,

    Defendants,

and

ALASKANS FOR BETTER ELECTIONS, INC.,

    Intervenor-Defendant.

Case No. 3:22-cv-00077-SLG

## ORDER

This action is currently stayed, as a petition for a writ of certiorari is currently pending before the Supreme Court of the United States regarding this Court's denial of Plaintiffs' motion for a preliminary injunction.[1]

Currently stayed before this Court are the State Defendants' Motion to Dismiss at Docket 31 and Intervenor-Defendant Alaskans for Better Elections, Inc.'s Motion to Dismiss at Docket 33. Because Plaintiffs subsequently filed an

---

[1] Docket 48; Docket 52; Docket 56; Docket 60.

amended complaint, these motions are both DENIED as moot, as the amended complaint is now the operative complaint.[2]

Further, the State Defendants' Motion to Dismiss Amended Complaint at Docket 47 and Alaskans for Better Elections' Motion to Dismiss Plaintiffs' First Amended Complaint at Docket 46 are each DENIED without prejudice and solely for the administrative convenience of the Court.

DATED this 5th day of August 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[2] *See* Docket 40 (Am. Compl.).

Case No. 3:22-cv-00077-SLG, *Smith, et al. v. Helzer, et al.*
Order
Page 2 of 2
Case 3:22-cv-00077-SLG   Document 61   Filed 08/05/24   Page 2 of 2