TREG R. TAYLOR
ATTORNEY GENERAL

Laura Fox
Jessica M. Alloway
Kimberly D. Rodgers
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  laura.fox@alaska.gov
          jessie.alloway@alaska.gov
          kimber.rodgers@alaska.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Doug Smith, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 3:22-cv-00077-SLG |
| Richard Stillie, Jr.,[*] in her official capacity as chair of the Alaska Public Offices Commission, *et al.*, | **JOINT STATUS REPORT OF DEFENDANTS AND INTERVENOR-DEFENDANT** |
| Defendants, | |
| and | |
| Alaskans for Better Elections, Inc., | |
| Intervenor-Defendant. | |

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), Richard Stillie, Jr., Chair, Alaska Public Offices Commission, is automatically substituted for Anne Helzer as the former chair.

On November 18, 2024, the Supreme Court denied the plaintiffs' petition for writ of certiorari. Per this Court's text order dated April 2, 2024, [Dkt. 58] the defendants and intervenor-defendant jointly file this status report. The parties have not yet had the chance to meet and confer. It is unknown if the plaintiffs intend to continue to pursue their claims. If the plaintiffs' status report indicates an intent to move forward, the defendants and intervenor-defendant jointly propose that the Court lift the stay [Dkt. 58] and issue an order requiring the defendants and intervenor-defendant to either answer the first amended complaint or renew their motions to dismiss by February 14, 2025.

DATED: December 2, 2024.

TREG R. TAYLOR
ATTORNEY GENERAL

By: */s/ Jessie M. Alloway*
Jessica M. Alloway (AK Bar No. 1205045)
Laura Fox (AK Bar No. 0905015)
Kimberly D. Rodgers (AK Bar No. 0605024)
Assistant Attorneys General
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
jessie.alloway@alaska.gov
Phone: (907) 269-6612
*Attorneys for Defendants*

CASHION GILMORE & LINDEMUTH

/s/ *Scott M. Kendall (with consent)*
Scott M. Kendall
Alaska Bar No. 0405019
Jahna M. Lindemuth
Alaska Bar No. 9711068
*Attorneys for Intervenor-Defendant*

*Smith, et al. v. Stillie, et al.*     Case No. 3:22-cv-00077-SLG
Joint Status Report of Defendants and Intervenor-Defendant     Page 2 of 3

Case 3:22-cv-00077-SLG    Document 63    Filed 12/02/24    Page 2 of 3

**Certificate of Service**

I hereby certify that on December 2, 2024, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jessica M. Alloway
Assistant Attorney General

*Smith, et al. v. Stillie, et al.* Case No. 3:22-cv-00077-SLG
Joint Status Report of Defendants and Intervenor-Defendant Page 3 of 3

Case 3:22-cv-00077-SLG   Document 63   Filed 12/02/24   Page 3 of 3