IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOUG SMITH, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD STILLIE, JR., in his official capacity as chair of the Alaska Public Offices Commission, *et al.*,<br><br>　　　Defendants,<br><br>　　and<br><br>ALASKANS FOR BETTER ELECTIONS, INC.,<br><br>　　　Intervenor-Defendant. | Case No. 3:22-cv-00077-SLG |

## ORDER

The Court has reviewed and accepts the Joint Status Report of Defendants and Intervenor-Defendants at Docket 63. Plaintiffs shall file a status report within 14 days of the date of this order that addresses the matters raised by Defendants and Intervenor-Defendant in their status report.

DATED this 4th day of December, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE