Craig W. Richards (AK No. 0205017)
PIONEER LAW, LLC
810N Street, Ste. 100
Anchorage, Alaska 99501
(907) 339-4805
crichards@pioneerlawllc.com
delsberry@poineerlawllc.com

Jacob Huebert
Reilly Stephens
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
(312) 637-2280
jhuebert@libertyjusticecenter.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

---

| | |
|---|---|
| **SMITH,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **STILLIE,** et al., <br><br> Defendants, <br><br> and <br><br> Alaskans for Better Elections, Inc. <br><br> Intervenor-Defendant. | Case No. 3:22-cv-00077 <br><br> PLAINTIFFS' MOTION TO WITHDRAW DANIEL SUHR AS ATTORNEY IN THIS MATTER |

Plaintiffs Doug Smith, Robert Griffin, Allen Vezey, Albert Haynes, Trevor Shaw, Families of the Last Frontier, and Alaska Free Market Coalition submit this motion to withdraw attorney Daniel Suhr as counsel in this matter.

Mr. Suhr left Plaintiffs' firm, the Liberty Justice Center, while this case was on appeal. Liberty Justice Center attorneys Jacob Huebert and Reilly Stephens, in partnership with Mr. Richards, completed the appeal of the preliminary injunction motion before the Ninth Circuit and the Supreme Court. Mr. Stephens and Mr. Huebert intend to continue litigating the case as it returns to this Court along with Mr. Richards, and are filing motions for Pro Hac Vice admission coincident with this withdraw motion for Mr. Suhr.

The Withdrawal of Mr. Suhr will in no way delay this case or prejudice defendants: this case has just returned to district court, and is still waiting for this court to set deadlines for responsive pleadings and dispositive motions—Mr. Huebert, Mr. Richards, and Mr. Stephens are already familiar with the case and the substitution of counsel will not delay any aspect of this proceeding or prejudice any party. We therefore ask that this court grant the motion.

Respectfully submitted,

Date: December 18, 2024

1

/s/ Craig W, Richards
Craig W. Richards (AK No. 0205017)
PIONEER LAW, LLC
810N Street, Ste. 100
Anchorage, Alaska 99501
(907) 339-4805
crichards@pioneerlawllc.com
delsberry@poineerlawllc.com

Jacob Huebert
Reilly Stephens
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
(312) 637-2280
jhuebert@libertyjusticecenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024 this filing was served on counsel for all parties via the ECF/CM system.

/s/ Reilly Stephens
Reily Stephens
*Counsel for Plaintiffs*

2