Craig W. Richards (AK No. 0205017)
PIONEER LAW, LLC
810N Street, Ste. 100
Anchorage, Alaska 99501
(907) 339-4805
crichards@pioneerlawllc.com
delsberry@poineerlawllc.com

Jacob Huebert
Reilly Stephens
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
(312) 637-2280
jhuebert@libertyjusticecenter.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **SMITH,** et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**STILLIE,** et al.,<br><br>    Defendants,<br><br>and<br><br>Alaskans for Better Elections, Inc.<br><br>    Intervenor-Defendant. | Case No. 3:22-cv-00077<br><br>PLAINTIFFS' STATUS REPORT |

Plaintiffs Doug Smith, Robert Griffin, Allen Vezey, Albert Haynes, Trevor Shaw, Families of the Last Frontier, and Alaska Free Market Coalition submit this Status Report pursuant to this Court's order of December 4, 2024. See Dkt. 64. Plaintiffs intend to continue to pursue their claims in this court. Plaintiffs intend to demonstrate to this court that the burdens imposed by Ballot Measure 2 go well beyond what the First Amendment allows, and that a well-developed factual record will support that claim. Plaintiffs therefore agree with Defendants suggestion that this court should lift the stay, and that the next procedural step in this case would be for Defendants to Answer the First Amended Complaint. Defendants suggest a deadline of February 14, 2025 for that response; that deadline is acceptable to Plaintiffs if it is acceptable to this court. Plaintiffs are also open to negotiating a more formal briefing and discovery schedule for the issues in the case, but have not had an opportunity to discuss such with counsel for Defendants.

Respectfully submitted,

Date: December 18, 2024

<u>/s/ Craig W, Richards</u>
Craig W. Richards (AK No. 0205017)
PIONEER LAW, LLC
810N Street, Ste. 100
Anchorage, Alaska 99501
(907) 339-4805
crichards@pioneerlawllc.com
delsberry@poineerlawllc.com

Jacob Huebert  
Reilly Stephens  
LIBERTY JUSTICE CENTER  
440 N. Wells Street, Suite 200  
Chicago, Illinois 60654  
(312) 637-2280  
jhuebert@libertyjusticecenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024 this filing was served on counsel for all parties via the ECF/CM system.

/s/ Reilly Stephens  
Reily Stephens  
*Counsel for Plaintiffs*