IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT GRIFFIN, ALLEN VEZEY, ALBERT HAYNES, TREVOR SHAW, FAMILIES OF THE LAST FRONTIER, AND THE ALASKA FREE MARKET COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD STILLIE JR., *in his official capacity as chair of the Alaska Public Offices Commission*; AND LANETTE BLODGETT, ERIC FEIGE, DAN LASOTA, AND WALTER CARLTON MONEGAN III, *in their official capacities as members of the Alaska Public Offices Commission*,<br><br>Defendants,<br><br>v.<br><br>Alaskans for Better Elections, Inc.,<br><br>Intervenor-Defendants. | Case No. 3:22-cv-00077<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

# STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above-captioned action brought by Al Haynes is voluntarily dismissed, without prejudice against the defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Neither the defendants nor the defendant-intervenors shall bear any costs and fees incurred by Al Haynes in the process of this litigation. The remaining plaintiffs — Robert "Bob" Griffin, Stanley Allen Vezey, Trevor Shaw, Families of the Last Frontier, and the Alaska Free Market Coalition — shall continue their suit.

| | |
|---|---|
| By: /s/ Reilly Stephens<br><br>**LIBERTY JUSTICE CENTER**<br>Reilly Stephens<br>Timothy Kilcullen<br>Liberty Justice Center<br>7500 Rialto Blvd.<br>Suite 1-250<br>Austin, TX 78735<br>Ph.: 312-637-2280<br>rstephens@libertyjusticecenter.org<br><br>*Counsel for Plaintiffs Robert Griffin, Allen Vezey, Albert Haynes, Trevor Shaw, Families of the Last Frontier, and the Alaska Free Market Coalition* | By: /s/ Margaret Payton-Walsh<br><br>**Alaska Department of Law**<br>Margaret Paton-Walsh<br>Rebecca Weiant<br>Labor and State Affairs Section<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Ph. (907) 269-5137<br>margaret.paton-walsh@alaska.gov<br>rebecca.weiant@alaska.gov<br><br>*Counsel for Defendants Richard Stillie Jr., Lanette Blodgett, Eric Feige, Dan LaSota, and Walter Carlton Monegan III* |
| | By: /s/ Sam Gottstein<br><br>**Cashion, Gilmore & Lindemuth**<br>Scott Kendall<br>Sam Gottstein |

| | |
|---|---|
| | Cashion, Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Ph.: 907-339-4967
scott@cashiongilmore.com
sam@cashiongilmore.com

*Counsel for Intervenor-Defendant Alaskans for Better Elections* |